## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Dickson |
| | : | |
| v. | : | Mag. No. 20-8112 |
| | : | |
| HERMAN CHRISTOPHER JENSEN | : | **CRIMINAL COMPLAINT** |

I, Silvana Sotillo, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

Special Agent Silvana Sotillo
Federal Bureau of Investigation
Special Agent Sotillo attested to this
Affidavit by telephone pursuant to
FRCP 4.1(b)(2)(A) on May 4, 2020.

HONORABLE JOSEPH A. DICKSON
UNITED STATES MAGISTRATE JUDGE

Joseph A. Dickson, May 4, 2020
Signature of Judicial Officer

1

## ATTACHMENT A

On or about June 23, 2018, in Monmouth County, in the District of New Jersey and elsewhere, the defendant

### HERMAN CHRISTOPHER JENSEN,

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A) and 2252A(b)(1) and Title 18, United States Code, Section 2.

## ATTACHMENT B

I, Silvana Sotillo, am a Special Agent with the Federal Bureau of Investigation ("FBI"). I am familiar with the facts set forth below based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and evidence. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Statements of others set forth below are related in substance and part, and all dates, times, and amounts are approximate.

### Background

1.      At all times relevant to this Complaint, defendant Herman Christopher Jensen (hereinafter "Jensen") is a resident of Union Beach, New Jersey.

### The Investigation

2.      Beginning in or around December 2018, the FBI began investigating 65-year-old Jensen for assuming the identity of a 17-year-old boy in order to entice and solicit a female minor (hereinafter "Victim-1") to send nude and sexually explicit images of Victim-1 over the internet.

3.      The FBI became involved in the investigation of Jensen after the Union Beach Police Department reported that Victim-1, who, as of December 19, 2018, was 17 years' old, had been living with Jensen at his home in Union Beach, New Jersey (the "Residence").

4.      On or about December 19, 2018, during an initial interview with Jensen at the Residence, Jensen explained to local law enforcement that he met Victim-1 online via Facebook and "was helping her escape her [family] life" where, according to Jensen, Victim-1 was allegedly subjected to verbal, physical and sexual abuse. Jensen further stated, that he had picked up Victim-1 from a state outside of New Jersey approximately 1-2 weeks prior, and that Victim-1's mother had consented to Victim-1 being in New Jersey with Jensen. Both Victim-1 and Jensen initially denied the existence of a sexual relationship.

5.      On January 30, 2019, FBI interviewed Victim-1 separate from Jensen. Victim-1 revealed that she had been involved in what she described as an online romantic relationship with Jensen, for over a year. Victim-1 explained that in or around December 2017 — when Victim-1 was approximately 16 years old — Jensen first contacted her via Facebook using a Facebook page that showed his name to be "Chris Jensen" with the Account Identification Number 100011644427551 (the "Jensen Profile"). Victim-1 indicated that she was not interested in Jensen and blocked the Jensen Profile after that initial interaction.

6.     Victim-1 explained that after blocking the Jensen Profile from contacting her, she was later contacted via Facebook by an individual using the Facebook display name "Kevin Bennett." (the "Kevin Bennett Profile"). According to Victim-1, the individual using the Kevin Bennett Profile told Victim-1 that he was 17 years' old. Victim-1 also stated that the Kevin Bennett Profile contained pictures of an individual that appeared to be around her age.

7.     Thereafter, Victim-1 began communicating with user of the Kevin Bennett Profile, whom Victim-1 believed to be 17 years' old. From in or around January 2018 through in or about August 2018, the user of the Kevin Bennett Profile communicated with Victim-1 frequently, causing Victim-1 to believe that Victim-1 was involved in a romantic relationship with "Kevin Bennett." For example, the user of the Kevin Bennett profile comforted Victim-1, when Victim-1 shared details about arguments or issues Victim-1 was having in school or with Victim-1's family.

8.     Victim-1 stated that over the course of this relationship, the user of the Kevin Bennett Profile requested that Victim-1 provide him with nude and semi-nude photographs of herself.

9.     At the direction of the user of the Kevin Bennett Profile, Victim-1 sent the requested nude and semi-nude photographs to the Kevin Bennett Profile through Facebook's messenger service at various times from in or around January 2018 through in or about August 2018.

10.     At the time the user of the Kevin Bennett Profile made these requests, Victim-1 was approximately 16 years' old.

11.     Victim-1 further stated, in substance and in part, that when Victim-1 and the user of the Kevin Bennett Profile got to know each other better, Victim-1 sent the user of the Kevin Bennett Profile videos of Victim-1 touching herself in a sexual manner.

12.     In or around August 2018, Jensen revealed to Victim-1 that he was the user of the Kevin Bennett Profile and further advised Victim-1 that he lied about his age. Thereafter, Victim-1 continued to communicate with Jensen via Facebook under the Facebook display name "Chris Jensen." In or around December 2018, Victim-1 traveled from out of the state to New Jersey to live with Jensen, where the two began a sexual relationship.

13.     On or about December 20, 2018, Jensen provided written consent for law enforcement to search his cellular device with associated call number 848-231-2580. A search of Jensen's cellular device revealed records of a Facebook account containing the profile names "Chris Jensen" and "Kevin Bennett."

14.     On or about March 18, 2019, law enforcement executed a search warrant for the "Kevin Bennett Profile," as well as other accounts Jensen may have used to solicit nude and semi-nude photographs and videos of Victim-1 (collectively, the Facebook Accounts).  See Mag. No. 19-8040.

15.     A search of the Kevin Bennett Profile revealed several instances where Jensen represented to Victim-1 that he was a teenaged boy.  It further revealed communications Jensen had, via the Kevin Bennett Profile, requesting Victim-1 to send nude photos of herself.

16.     For example, on or about March 30, 2018, at Jensen's direction and request, Victim-1 sent the Kevin Bennett Profile a nude photograph of Victim-1's exposed breasts.

17.     During the course of the relationship that ensued, Victim-1 sent the Kevin Bennett Profile several videos that depicted Victim-1 engaging in sexually explicit activity.  For example, on or about June 23, 2018, Victim-1 sent the Kevin Bennett Profile a video of Victim-1 rubbing Victim-1's breasts and masturbating.

18.     On or about July 9, 2018, Victim-1 sent another video to the Kevin Bennett Profile.  The video depicted Victim-1 masturbating.

19.     Law enforcement obtained subscriber information for the IP addresses used to access the Facebook Accounts.  The information revealed that the Facebook Accounts were accessed from an IP address that is registered to Jensen.

20.     Based upon my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge, the files described in paragraphs 16 through 18 above, traveled in interstate commerce because the images were transmitted over the Internet via Facebook.