USAO#2019R01331/PF

RECEIVED
APR 14 2021
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Criminal No. 21- 297 (PGS) |
|---|---|---|
| v. | : | |
| | : | 18 U.S.C. § 2252A(a)(2)(A) |
| HERMAN CHRISTOPHER JENSEN | : | |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the Acting United States Attorney for the District of New Jersey charges:

**(Receipt of Child Pornography)**

On or about June 23, 2018, in Monmouth County, in the District of New Jersey, and elsewhere, defendant

**HERMAN CHRISTOPHER JENSEN**

did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## FORFEITURE ALLEGATION

1. The allegations contained in this Information are realleged here for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 2253.

2. Upon conviction of the offense set forth in this Information, defendant Herman Christopher Jensen shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all of his right, title, and interest in the following:

   (a) Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

   (b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense set forth in this Information, and all property traceable to such property; and

   (c) Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense set forth in this Information, and any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, the following:

   (a) One Motorola cell phone with cracked screen serial number 353308084757830;

   (b) One HP desktop computer serial number 3CR24806JL;

   (c) One Dell laptop, model #PP29L;

   (d) One Dell tower computer (desktop) serial number JF8LRG1;

(e) One Kindle with cracked screen with blue case;

(f) One SanDisk - black and red thumb drive; and

(g) One SanDisk Glide - black and red thumb drive z 16GB.

### Substitute Assets Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253, to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

_____
RACHAEL A. HONIG
Acting United States Attorney

Case Number: 21-297 (PGS)

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

HERMAN CHRISTOPHER JENSEN

INFORMATION FOR

18 U.S.C. § 2252A(a)(2)(A)

RACHAEL A. HONIG
ACTING UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

PERRY FARHAT
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 856-4057