# LAW OFFICE OF
# JOHN C. FEGGELER, LLC

John C. Feggeler, Jr.
Attorney at Law
Member of NJ, PA & Federal Bars

**177** Main Street
P.O. Box 157
Matawan, NJ 07747

(732) 583-6700
Fax: (732) 583-6855
Feggelerlaw@verizon.net

June 14, 2021

The Hon. Michael A. Hammer
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

    RE:    **UNITED STATES OF AMERICA vs. HERMAN C. JENSEN**
              **Case No.: 20-8112**

Dear Judge Hammer:

    I represent the Defendant, Herman C. Jensen, who is presently in detention following the Order Your Honor entered on February 22, 2021, which revoked his home detention, pending trial. On April 14, 2021, my client entered a guilty plea before U.S. District Judge Peter G. Sheridan after waiving the formal process for indictment by a Federal Grand Jury. In so doing he took responsibility for his actions.

    In this letter, I am requesting a conference/hearing for the Court to reconsider a modification on bail conditions, so that my client be released from his jail detention and allowed to resume his home detention in Union Beach at his residence. He is 68 years old, and would be living with his son, Scott Jensen. This request for a pre-sentence release of 4-5 weeks is sought so that the Defendant can obtain an updated medical evaluation and attend to financial issues prior to sentencing. The sentencing date would be during September 2021.

    My client was very cooperative with resolving the Government's case against him. He understands that he will be incarcerated so it is important that he obtain an updated physical from his primary care physician. My client was arranging that procedure during the time when his home detention was revoked by Your Honor due to his possession of an internet device. His son, Scott, reported the infraction in his capacity as supervisor of his father's home detention. That individual is still willing to resume that function. It is understood that my client will fully comply with any requirements.

    While at the holding facility during March 2021, my client had his upper dentures stolen. There have been other unfortunate occurrences that are less likely to happen when he is eventually sentenced to a more appropriate facility. If released to home detention, my client would also have the ability to seek dental care regarding the replacement of his upper dentures.

Thank you for considering this application together with any submissions that I can orally present. I have communicated with the Assistant US Attorney, Perry Farhat, and Pre-Trial Services about this application in advance of submitting same.

Respectfully,

John C. Feggeler, Jr.

JCF/mwm
*CC:*   Herman Jensen
       Perry Farhat
       Nicholas Zotti
       Pre-Trial Services