LAW OFFICE OF
# JOHN C. FEGGELER, LLC
177 Main Street
P.O. Box 157
Matawan, NJ  07747

John C. Feggeler, Jr.
Attorney at Law
Member of NJ, PA & Federal Bars

(732) 583-6700
Fax: (732) 583-6855
Feggelerlaw@verizon.net

July 8, 2021

The Hon. Michael A. Hammer
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

RE:   UNITED STATES OF AMERICA vs. HERMAN C. JENSEN
      Case No.: 20-8112

Dear Judge Hammer:

It is my understanding that the Court would like to address the application I made for my client, Herman Jensen, tomorrow, regarding presentencing release.  The purpose of my client's application concerns his need to have new upper dentures to replace those that were stolen during his current detention, as well as an updated medical evaluation.  Additionally, my client suffered a wrist fracture a few days ago.

Furthermore, it is my understanding that pre trial services does not want my client to return to his home on 5th Avenue in Union Beach due to habitability issues.  My client does have a "Plan B" that would involve him staying at his sister's home (i.e. 1107 Florence Avenue, Union Beach; phone: 732-567-9430).  Her name is Lenore Jensen and she is willing to have my client and his son, Scott Jensen, live with her as well.

I have also discussed the change of living arrangements with pre trial services (i.e. Nick Zotti) and Assistant US Attorney, Perry Farhat.  In view of this proposal, I would seek an adjournment of the hearing tomorrow so that the Government and Mr. Zotti can investigate the viability of this proposal.

I thank the Court and all involved persons for reviewing this application.

Respectfully submitted,

/s/ *John C. Feggeler, Jr.*

John C. Feggeler, Jr.

JCF/mwm
CC:    Herman Jensen
       Perry Farhat
       Nicholas Zotti
       Pre-Trial Services