# LAW OFFICE OF
# JOHN C. FEGGELER, LLC

John C. Feggeler, Jr.
Attorney at Law
Member of NJ, PA & Federal Bars

177 Main Street
P.O. Box 157
Matawan, NJ  07747

(732) 583-6700
Fax: (732) 583-6855
Feggelerlaw@verizon.net

August 27, 2021

The Hon. Michael A. Hammer
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

  RE: UNITED STATES OF AMERICA vs. HERMAN C. JENSEN
     Case No.: 3:21-cr-00297

Dear Judge Hammer:

  I represent Defendant Herman C. Jensen.  On August 4, 2021, the Assistant US Attorney, Perry Farhat, wrote a letter as a follow-up to my July 8, 2021 correspondence requesting a pre-sentence release so that Defendant could obtain a medical evaluation and replacement dentures.  To date, I have not received any response.

  My letter of July 8, 2021 suggested that the Defendant stay at his sister's residence in Union Beach since his home was deemed uninhabitable.  I would like to hear a response from everyone.

  I thank the Court and all involved persons for reviewing this application.

      Respectfully submitted,

      /s/ *John C. Feggeler, Jr.*
      John C. Feggeler, Jr.

JCF/mwm
CC: Herman Jensen
   Perry Farhat
   Nicholas Zotti
   Pre-Trial Services